## IN THE DISTRICT COURT OF CLEVELAND COUNTY
### STATE OF OKLAHOMA

DISCOVER BANK (DISCOVER CARD) )
BY SA Discover Financial Services, Inc. )

        Plaintiff, )

*1005153016*

vs. ) No. CS-2002-1340

TRACY G. GRASZ, )
         )
        Defendant. )

STATE OF OKLAHOMA }
CLEVELAND COUNTY } S.S.
**FILED** In The
Office of the Court Clerk

**JUL 2 7 2007**

DOCKET ___ PAGE ___ RECORDED
Rhonda Hall, Court Clerk
_____ DEPUTY

### <u>MOTION FOR ORDER TO RELEASE JUDGMENT LIEN</u>

    **COMES**, now Tracy Grasz, Defendant herein, and respectfully moves the Court to issue an Order to the county clerk to release the judgment lien of Plaintiff.

    In support of this motion, the Defendant would show the Journal Entry of Judgment was filed in the instant case on May 13, 2003. The Plaintiff caused to be filed with the County Clerk a Statement of Judgment on the 30th day of May, 2003, DOC # M 2003-3013, filed in Book M 55 at Page 1086 (see Exhibit1).

    On or about December 30, 2003, the Defendant filed for bankruptcy relief under Chapter 7, of Title 11, United States Code, in the United States Bankruptcy Court, Western District of Oklahoma, in Case No. BK-03-24132-WV. The debt owed to Plaintiff was listed in the Defendant's bankruptcy schedules (See Exhibit 2). No objection to the Defendant's discharge was filed in the bankruptcy proceeding by the Plaintiff herein and the debt was discharged on April 13, 2004 (See Exhibit 3). The Discharge of Debtor issued by the bankruptcy court states,

    "IT IS ORDERED THAT:

        1.    The above-named debtor(s) is (are) released from all dischargeable debts.

EXHIBIT
7

2.  Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

(a)  debts dischargeable under 11 U.S.C. §523;.... and

3.  All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor

The debt to the Plaintiff no longer exists and cannot be enforced against the Defendant however, no release of judgment was filed with the County clerk. The only purpose in willfully failing to release the judgment lien is an attempt to force the Defendant to pay a debt he does not owe (unless determined otherwise by the bankruptcy court) and cannot be collected from the Defendant in accordance with the bankruptcy discharge.

The Defendant has requested the judgment lien be released and Plaintiff has failed to do so. The Defendant moves the court for an order to release the judgment lien pursuant to 12 O.S. § 706 D(2) which provides "The lien of any judgment which has been satisfied by payment *or otherwise discharged* and which has not been released by the judgment creditor shall be released by the court upon written motion." Said judgment lien clouds title to the residential real estate owned by the Defendant and should be released as the debt is not enforceable against the Defendant.

**WHEREFORE,** for good cause shown, the Defendant moves the Court for an order releasing the judgment lien as set forth above.

-2-

RESPECTFULLY SUBMITTED,

JACK TRACY, OBA #11716
201 W. Main Street
Purcell, OK 73080
Telephone: (405) 527-5571
Facsimile: (405) 527-2557

## CERTIFICATE OF MAILING

This will certify that a true and correct copy of the above and foregoing motion was mailed via 1ˢᵗ Class Mail, postage prepaid thereon, this 26ᵗʰ day of July, 2007, to:

Stephen L. Bruce.
204 N. Robinson, Suite 1100
Oklahoma City, OK 73102

Discover Bank (Discover Card)
P.O. Box 8003
Hillard, OH 43026-8003

Jack Tracy

## NOTICE TO JUDGMENT CREDITOR

**You are hereby given notice that, if you do not file with the court a response or objection to the above and foregoing motion within fifteen (15) days) after the mailing of a copy of the motion, the court will order the judgment lien released.**

-3-

## AFFIDAVIT

STATE OF OKLAHOMA  )
                         ) ss:
County of McClain  )

      I, Tracy Grasz, being first duly sworn upon my oath, state:

1. That I am the Defendant herein;

2. The Journal Entry of Judgment was filed in the instant case on May 13, 2003;

3. The Plaintiff caused to be filed with the County Clerk a Statement of Judgment on the on the on the 30th day of May, 2003, DOC # M 2003-3013, filed in Book M 55 at Page 1086 (see Exhibit1).

4. On or about December 30, 2003, I filled for bankruptcy relief under Chapter 7, of Title 11, United States Code, in the United States Bankruptcy Court, Western District of Oklahoma, in Case No. BK-03-24132-WV. The debt owed to Plaintiff was listed in the bankruptcy schedules (See Exhibit 2).

5. No objection to the Defendant's discharge was filed in the bankruptcy proceeding by the Plaintiff herein and the debt was discharged on April 13, 2004 (See Exhibit 3).

6. Through counsel, I have requested that the judgment lien be released as the debt to Plaintiff was discharged and no longer existed after April 13, 2004;

7. That I have attempted to obtain financing on my real property and the existence of the lien has clouded the title to my property;

AFFIANT SAYETH NOT FURTHER!

                                  TRACY G. GRASZ

Subscribed and sworn to before me on this the 26th day of July, 2007.

                                  NOTARY PUBLIC
                                  Commission No.: 03007622

My Commission Expires: May 28, 2011

-4-

Filed: 05-30-2003 08:55:06 AM  Doc Number: M 2003 3013          Book: M 55 Page: 1086

## STATE OF OKLAHOMA
## STATEMENT OF JUDGMENT

DocN:M 2003 3013
Bk&Pg:M 55 1086
Filed:05-30-2003    AMT
08:55:06 AM    AJ
Cleveland County, OK

STATE OF OKLAHOMA        )
                        ) ss.
OKLAHOMA COUNTY         )

I, Stephen L. Bruce, of lawful age, being first duly sworn, depose and say:

1  That on May 13,  2003 judgment was rendered in Case No. CS-2002-1340 in the District Court of CLEVELAND County DISCOVER BANK (DISCOVER CARD) by 9A Discover Fin. Serv. Inc. vs TRACY GRASZ  as follows:

| IN FAVOR OF | Against | AMOUNT-Call atty for current balance. |
|---|---|---|
| DISCOVER BANK (DISCOVER CARD) | TRACY GRASZ | $ 11416.28 |

2.  That  judgment was filed with the CLEVELAND County Court Clerk on  May 13,  2003.

3.  That the county clerk shall enter on the judgment index a statement  based  on this information.  in compliance with 12 O.S. Supp.1993 Sec. 706.

4.  That the name and address of the judgment creditor is:
   DISCOVER BANK (DISCOVER CARD)  P.O. Box 8003   Hilliard OH 43026-8003
   Further, your affiant sayeth not.

Stephen L. Bruce  (OBA# 1241)
Attorneys for Plaintiff
204 N. Robinson, Suite 1100
Oklahoma City, OK 73102
(405) 232-2215

Return to ->
Direct inquiries to ->
REF # 14306

Signed and sworn to before me on 5/14/03 by Stephen L. Bruce.

NOTARY PUBLIC

My Commission Expires: 2/6/06
Commission Number  02000364

14306

Cleveland County Clerk's Office

(Official Form 1) (12/03)

**FORM B1**

## United States Bankruptcy Court
### Western District of Oklahoma

| | Voluntary Petition |

| Name of Debtor (If individual, enter Last, First, Middle): GRASZ, TRACY GLEN | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): 2522 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 17551 96 Street Lexington, OK 73051 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **03-24132WV** |
| County of Residence or of the Principal Place of Business:  Cleveland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | **03-24132WV** |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Sec. 304 - Case ancillary to foreign proceeding
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Filing Fee** (Check one box)

- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

### Statistical/Administrative Information (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



DEFENDANT'S EXHIBIT 2

JAN 2 2 2004

**FILED**

JAN 2 1 2004

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY _____ DEPUTY

Form B6
(6/90)

# United States Bankruptcy Court
## Western District of Oklahoma

In re   TRACY GLEN GRASZ

Case No.   03-24132WV

Chapter   7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 182,300.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 11,012.82 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 30,247.33 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 100.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 100.00 |
| Total Number of sheets in ALL Schedules ➤ | | 16 | | | |
| Total Assets ➤ | | | $ 182,300.00 | | |
| Total Liabilities ➤ | | | | $ 41,260.15 | |

In re:   **TRACY GLEN GRASZ**
                    Debtor

Case No.   **03-24132WV**
                                                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6011-0087-2000-4438 **DISCOVER BANK** PO BOX 30395 SALT LAKE CITY UT 84130-0395  **STEPHEN L. BRUCE** **BRANDI L DOTSON** 204 N ROBINSON #1100 OKLAHOMA CITY OK 73102 | | | 05/13/2003 Judgment Lien Credit Card Expense  **VALUE $0.00** | | | | 9,879.56 | 9,879.56 |
| ACCOUNT NO.   Unknown **SEARS ROEBUCK & CO** PO BOX 3671 DES MOINES IA 50322  **LOVE BEAL & NIXON PC** PO BOX 32738 OKLAHOMA CITY OK 73123 | | | 03/03/2003 Judgment Lien Credit Card Expense  **VALUE $0.00** | | | | 1,133.26 | 1,133.26 |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $11,012.82 |
| Total (Use only on last page) | $11,012.82 |

(Report total also on Summary of Schedules)

APR 1 6 2004

(form15)

FILED
04/13/04

UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

Grant Price,  Clerk
U.S. Bankruptcy Court
West. Dist. of Oklahoma
by: ad

In re:  Tracy Glen Grasz

Case No.: 03 - 24132

Jack F. Tracy
Blythe Tracy & Associates
201 W. Main
Purcell , OK  73080

DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under title 11, United
States Code, was filed by or against the person named above on 12/30/03,
and that an order for relief was entered under chapter 7 and that no com-
plaint objecting to the discharge of the debtor was filed within the time
fixed by the court [or that a complaint objecting to discharge of the
debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

1.  The above-named debtor(s) is(are) released from all dischargeable
    debts.
2.  Any judgment heretofore or hereafter obtained in any court other
    than this court is null and void as a determination of the personal
    liability of the debtor with respect to any of the following:
    (a) debts dischargeable under 11 U.S.C. Sec.523;
    (b) unless heretofore or hereafter determined by order of this
        court to be nondischargeable, debts alleged to be excepted from
        discharge under clauses (2),(4),(6) and (15) of 11 U.S.C. Sec.
        523(a);
    (c) debts determined by this court to be discharged.
3.  All creditors whose debts are discharged by this order and all
    creditors whose judgments are declared null and void by paragraph
    2 above are enjoined from instituting or continuing any action or
    employing any process or engaging in any act to collect such debts
    as personal liabilities of the above-named debtor.

Dated: 04/13/04                        BY THE COURT

                                       T.M. Weaver
(rev. 1-97)                            United States Bankruptcy Judge