SEP 27 2007

## STEPHEN BRUCE & ASSOCIATES
Attorneys at Law
P.O. BOX 808
Edmond, OK. 73083
(405) 330-4110
FAX (405) 330-4559

September 24, 2007

JACK TRACY
201 WEST MAIN
PURCELL, OK 73080

        RE:        DISCOVER BANK (DISCOVER)
        VS:        TRACY G GRASZ
        Our File No: 14306
        Case NO.   CS-2002-1340

Dear Mr. Tracy:

    We are in receipt of your letter of August 29, 2007. Please be advised that my client will not accept $150.00 to release the judgment in this case. The balance of the account is $19,339.32 with interest accruing at $4.83 per diem.

    If you have any questions, please contact my office.

                          Sincerely,

                          Stephen L. Bruce
                          Stephen Bruce & Associates

SLB/cmw

**THIS IS A COMMUNICATION FROM AN ATTORNEY COLLECTING A DEBT**

EXHIBIT 8

14306