| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Dec. 16, 2010<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

IN  RE:

Tracy Glen Grasz                                                          BK.  NO. 03–24132 – TMW

                        **DEBTOR(s)**.                                                          **CHAPTER 7**

## NOTICE OF HEARING

( F.R.Bankr.P. 9014)

    You are hereby noticed that a HEARING ON DEBTOR'S MOTION TO DETERMINE THE DEBT OF DISCOVER BANK DISCHARGE AND VOID AS OF THE DATE OF BANKRUPTCY DISCHARGE, APRIL 13, 2004 AND FOR REMAND TO STATE COURT FOR FURTHER PROCEEDINGS CONSISTENT #27 AND OBJECTION: DISCOVER BANK #28 will be heard by Judge T.M. Weaver on 1/11/11 at 09:30 AM in 9th Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 .

**Please notify the courtroom deputy at (405) 609–5612 or law clerk at (405) 609–5611 of the settlement or resolution of any matter not later than at least two (2) business days prior to the date of the hearing. Failure to timely provide such notice shall require counsel's attendance at the hearing to make appropriate announcement.**

DATED:  **12/16/10**                                   BY ORDER OF THE COURT,
                                                                Grant E. Price
                                                             By: /s/Emma Lombard
                                                      Emma Lombard , DEPUTY